Triboro Pharmacy Inc., Plaintiff-Appellant, 
against
Bikram Singh, Esq., Defendant-Respondent.



Plaintiff appeals from a judgment of the Small Claims Part of the Civil Court of the City of New York, New York County (Joan M. Kenney, J.), entered on or about January 9, 2018, after trial, in favor of defendant dismissing the action.




Per Curiam.
Judgment (Joan M. Kenney, J.), entered on or about January 9, 2018, affirmed, without costs.
The record and ends of "substantial justice" (CCA 1807) support the dismissal, after trial, of this small claims action. Plaintiff failed to establish that it was entitled to a further refund of the fees previously paid to defendant-attorney in connection with legal services defendant was hired to perform. Defendant's testimony, credited by the court, established the number and reasonableness of the hours he expended on plaintiff's behalf. We note that defendant had already voluntarily refunded more than one-third of the legal fees paid by plaintiff.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 18, 2018